UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND EARL DEVORE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

C26-1423 TSZ
[related to CR15-160 TSZ]

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Respondent's motion to seal, docket no. 9, is GRANTED, and the Presentence Investigation Report dated July 5, 2017, Ex. A to Resp. (docket no. 10), shall remain under seal.

(2)    Petitioner's letter dated June 16, 2026, docket no. 11, is TREATED as a motion for extension and is GRANTED.  Any reply in support of petitioner's motion under 28 U.S.C. § 2255 shall be submitted by petitioner to the Court on or before August 21, 2026.

(3)    Petitioner's § 2255 motion, docket no. 1, is RENOTED from June 18, 2026, to August 21, 2026.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

Dated this 17th day of July, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1